UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIPIN H. DAVÉ,<br>8517 Woodfall Road<br>Baltimore, MD 21236<br><br>    Plaintiff<br><br>    v.<br><br>BOISEY O. BARNES, M.D., P.C.<br>413 G Street SW<br>Washington, DC 20024<br><br>and<br><br>BOISEY O. BARNES, M.D.,<br>Individually,<br>413 G Street SW<br>Washington, DC 20024<br><br>    Defendants. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

VERIFIED COMPLAINT
FOR VIOLATION OF THE
EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)

I. INTRODUCTION.

Plaintiff Vipin H. Davé, through counsel, brings this action to recover pension and profit-sharing plan benefits which his employer, Boisey O. Barnes, M.D., P.C., and Boisey O. Barnes, M.D. (collectively "Dr. Barnes") denied him in violation of his rights under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1001, *et seq.* Specifically, the Dr. Barnes violated § 502 , 29 U.S.C. § 1132 and §510, 29 U.S.C. §1140.

II. PARTIES.

1.   Vipin H. Davé is a citizen and resident of Maryland, residing at 8517 Woodfall Road,

Baltimore, MD 21236. He is a participant and beneficiary in the pension and profit-sharing plans of Boisey O. Barnes, M.D., P.C.

2. Boisey O. Barnes, M.D., P.C., is a physician's office headquartered and doing business in the District of Columbia at 413 G Street SW, Washington, D.C. 20024.

3. Boisey O. Barnes, M.D., is a physician licensed to practice in the District of Columbia and the owner of Boisey O. Barnes, M.D., P.C. Dr. Barnes practices at his office at 413 G Street SW, Washington, D.C. 20024.

### III. JURISDICTION AND VENUE.

4. This Court has jurisdiction under 28 U.S.C. §1331 and 29 U.S.C. §§1132(a)(1)(B), 1132(a)(3) and 1140. Venue is proper as to all parties under 28 U.S.C. §§1391(b) and (c).

### IV. FACTS.

5. Mr. Davé worked as office manager for Boisey O. Barnes, M.D., P.C., (Dr. Barnes) for 25 years.

6. Dr. Barnes' corporation has a money purchase pension plan and a profit sharing plan for its employees.

7. Dr. Barnes is the administrator of both plans.

8. Mr. Davé is a participant in both plans.

9. In 2007, Mr. Davé was 100 percent vested in both plans.

10. On June 25, 2007, Mr. Davé underwent cardiac bypass surgery.

11. Deciding that he could no longer work full-time, Mr. Davé decided to retire.

12. In a November 13, 2007, letter to Dr. Barnes, Mr. Davé requested a rollover of his [Mr.

Davé's] shares of the pension fund and the profit sharing plan to his IRA account.

13. Dr. Barnes did not rollover the shares.

14. In a December 5, 2007, letter to Dr. Barnes Mr. Davé formally retired from his job.

15. In his December 5, 2007, resignation letter, Mr. Davé asked Dr. Barnes to distribute his [Mr. Davé's] shares of the pension fund and profit sharing plan to his rollover IRA account.

16. Dr. Barnes did not respond to this request.

17. On January 28, 2008, Mr. Davé sent his file on this matter to Ellen W. Fontenot, Benefits Advisor, Employee Benefits Security Administration (EBSA), Washington District Office.

18. By a January 29, 2008, fax, Mr. Davé again requested that Dr. Barnes rollover his shares of the pension fund and profit sharing plan.

19. Dr. Barnes did not respond to this request.

20. By a February 8, 2008, letter, Mr. Davé again requested that Dr. Barnes rollover his shares of the pension fund and profit sharing plan.

21. Dr. Barnes did not respond to this letter.

22. On February 12, 2008, Paul A. Harper, an attorney representing Mr. Davé, wrote to Dr. Barnes asking that Dr. Barnes call him about the rollover of the pension funds and profit sharing plan shares to Mr. Davé. Mr. Harper sent the letter by facsimile.

23. Dr. Barnes responded in a February 12, 2008, letter, in which he apologized for the delay in distributing Mr. Davé's shares of the pension fund and profit sharing plan. Dr. Barnes assured Mr. Davé that he would receive the funds soon.

24. Mr. Davé did not receive the funds.

25. By a February 15, 2008, letter, Ms. Fontenot of the EBSA wrote to Dr. Barnes on Mr. Davé's behalf. Ms. Fontenot requested that Dr. Barnes send her a copy of the (1) plan documents for the money purchase pension plan and the profit sharing plan, (2) updated individual benefit statements for Mr. Davé and (3) the appropriate distribution forms for each plan.

26. To the best of Mr. Davé's knowledge and belief, Dr. Barnes did not respond to Ms. Fontenot's request.

27. By a February 28, 2008, letter, Mr. Davé made his last request to Dr. Barnes to rollover the pension and profit sharing funds.

28. To this day, Dr. Barnes has not rolled over the pension fund benefits or profit sharing plan money to Mr. Davé.

29. Mr. Davé has been without income since retiring in December 2007.

30. As of the February 1-28, 2007, Statement of Account, the market value of the pension plan was $870,708.18 and the market value of the profit sharing plan was $241,259.23.

31. Mr. Davé has not received any later Statement of Account and does not know how much is in either plan.

32. Mr. Davé does not know the value of his shares in the pension plan or the profit sharing plan.

## V. CAUSE OF ACTION

### A. Interference with Protected Rights Under ERISA

33. Mr. Davé realleges and incorporates by reference paragraphs 1 through 32.

34.     Defendant Dr. Barnes, by refusing to roll over Mr. Davé's benefits from the money purchase pension plan and a profit sharing plan, has denied him benefits in violation of his rights under §502 of ERISA, 29 U.S.C. §1132 and retaliated against him in violation of §510 of ERISA, 29 U.S.C. §1140.

## VI. RELIEF REQUESTED

Plaintiff Vipin H. Davé respectfully requests the Court grant him the following relief:

a. Order Defendants to provide Mr. Davé with an up-to-date full accounting of the money purchase pension and profit sharing plans, including an accounting of Mr. Davé's shares;

b. Order Defendants to release Mr. Davé's shares of the money purchase pension and profit sharing plans;

c. Award Mr. Davé reasonable attorney's fees and the costs and expenses incurred in this action pursuant to 29 U.S.C. §1132(g); and

d. Award any other legal or equitable relief that the Court deems just and proper.

Respectfully submitted,

April 25, 2008

James R. Klimaski, #243543
Lynn I. Miller, #941559
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW – Suite 500
Washington, DC 20036-2245
202-296-5600
Fax: 202-296-5601

*Counsel for Vipin H. Davé*

## VERIFICATION

I, Vipin H. Davé, have read the above complaint and verify under penalty of perjury that the facts alleged are true to the best of my knowledge and belief.

Executed this 25th day of April 2008.

_____
Vipin H. Davé

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Vipin H. Dave' (Baltimore, MD)

## DEFENDANTS

Boisey O. Barnes, MD, P.C., and Boisey O. Barnes, MD (individually)

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Baltimore__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James R. Klimaski, Lynn I. Miller
1625 Massachusetts Avenue NW -- Suite 500
Washington, DC 20036-2245
202-296-5600

ATTORNEYS (IF KNOWN)

Not known at this time.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ⦿ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Recovery of pension and profit-sharing plan benefits: Denial of ERISA rights, 29 USC Sec 1001 et seq, , specifically Secs. 1132 and 1140.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ _____ Check YES only if demanded in complaint
JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐ NO ☒    If yes, please complete related case form.

DATE April 28, 2008    SIGNATURE OF ATTORNEY OF RECORD _/s/_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.