CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Vipin Davé
_____
Plaintiff(s)

vs.    Civil Action No. 08-0727-PLF

Boisey Barnes
_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 23rd day of May, 2008 that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Boisey Barnes, P.C., and Dr. Boisey Barnes was [were] (select one):

- [x] personally served with process on April 29, 2008.

- [ ] served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

- [ ] served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

- [ ] The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
- [x] no extension has been given and the time for filing has expired
- [ ] although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
James R. Klimaski

Klimaski & Associates, PC
1625 Massachusetts Ave. NW
Suite 500
Washington DC  20036

243543
_____
Bar Id. Number

**Certificate of Service**

     I certify that a copy of the foregoing *Affidavit in Support of Default* has been served by postage paid First Class Mail on May 23, 2008, to the following Defendants directly since no attorney entered an appearance on either of their behalf (who otherwise could be served through an Electronic Case Filing Notice generated by the Court's website facilities once an electronic copy of the foregoing has been properly uploaded and filed using that website):

Dr. Boisey O. Barnes
and
Boisey O. Barnes, P.C.
413 G Street SW
Washington, DC 20024

                                                */s/ Jon Pinkus*
                                                Jon Pinkus
                                                Klimaski & Associates, P.C.