Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VIPIN H. DAVE

　　　　Plaintiff(s)

　　　　v.　　　　　　　　　　　　　　　　Civil Action No. 08-727 PLF

M.D. BOISEY O. BARNES

　　　　Defendant(s)

RE: DEFENDANT M.D. BOISEY O. BARNES M.D. P.C AND INDIVIDUALLY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 4/29/08, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk