UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIPIN H. DAVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0727 (PLF) |
| ) | |
| BOISEY O. BARNES, M.D., P.C. and ) | |
| BOISEY O. BARNES, M.D., ) | |
| ) | |
| Defendants. ) | |

ORDER

Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendants on April 29, 2008. An affidavit of said service has been filed with the Court. On May 27, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendants are in default for failure to plead or otherwise defend this action. Plaintiff has not yet filed a motion for entry of default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall file a motion for entry of default judgment on or before June 27, 2008.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 30, 2008