UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIPIN H. DAVÉ,<br><br>    Plaintiff,<br><br>v.<br><br>BOISEY O. BARNES, M.D., P.C.,<br>and<br>BOISEY O. BARNES, M.D.,<br><br>    Defendants. | Case No. 1:08-cv-00727-PLF<br><br>Judge Paul L. Friedman<br><br>June 17, 2008 |

**PLAINTIFF'S MOTION FOR ENTRY
OF DEFAULT JUDGMENT AGAINST DEFENDANTS**

Plaintiff Vipin H. Davé, through counsel, respectfully submits this Motion for Entry of Default Judgment against Defendants, Boisey O. Barnes, M.D., and Boisey O. Barnes, M.D., P.C., pursuant to the May 30, 2008, Order of this Court and Fed. R. Civ. Pro. 55(b)(2). In support of this motion, Mr. Davé states:

1. On April 28, 2008, Mr. Davé filed his Complaint for Defendants' violation of the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1001, *et seq.*, specifically, § 503, 29 U.S.C. § 1132, and § 510, 29 U.S.C. § 1140. Mr. Davé claimed that the Defendants were denying him his shares of the corporation's pension and profit-sharing plans.

2. On April 29, 2008, both Defendants were personally served with process.

3. Fed. R. Civ. Pro. 12 (a)(1)(A)(i) requires a Defendant to serve an Answer 20 days after being served with the summons and complaint. To date, neither Defendant has answered or otherwise responded to the Complaint.

4. On May 23, 2008, James R. Klimaski, counsel for Mr. Davé filed an Affidavit in Support of Default. Besides verifying the service date of April 29, 2008, Mr. Klimaski certified that there was no extension requested by Defendants to file their Answers.

5. Mr. Davé requests that the Court schedule a hearing to decide appropriate equitable relief necessary to make him whole.

## CONCLUSION

In light of the above, this Court should grant Mr. Davé's Motion for Entry of Default Judgment against Defendants.

                                              Respectfully submitted,

June 17, 2008                       */s/ James R. Klimaski*
                                       James R. Klimaski, #243543
                                       Lynn I. Miller, #941559
                                       Klimaski & Associates, P.C.
                                       1625 Massachusetts Avenue NW
                                       Suite 500
                                       Washington, DC 20036-2245
                                       202-296-5600
                                       Fax: 202-296-5601

                                       ***Counsel for Vipin H. Davé***

_____

## Certificate of Service

I certify that a copy of the foregoing ***Plaintiff's Motion for Entry of Default Judgment Against Defendants*** has been served by postage paid First Class Mail on June 17, 2008, to the following Defendants directly – still no attorney has entered an appearance on behalf either defendant (an attorney who otherwise could be served through an Electronic Case Filing Notice generated by the Court's website facilities once an electronic copy of the foregoing has been properly uploaded and filed using that website):

Dr. Boisey Barnes
Boisey Barnes, P.C.
413 G Street SW
Washington, DC 20024

                                    */s/ Jon Pinkus*
                                    Jon Pinkus
                                    Klimaski & Associates, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIPIN H. DAVÉ,<br><br>    Plaintiff,<br><br>v.<br><br>BOISEY O. BARNES, M.D., P.C.,<br>and<br>BOISEY O. BARNES, M.D.,<br><br>    Defendants. | Case No.  1:08-cv-00727-PLF<br><br>Judge Paul L. Friedman |

## ORDER

Upon consideration of Plaintiff's timely filed motion for entry of a default judgment against the defendants and request for a hearing to determine the relief to be granted, it is hereby

**ORDERED** that this motion is granted.  In order for the Court to enter an appropriate order, the Court will review the record thoroughly and hold a hearing on _____ at _____ in _____ of the United States Courthouse for the District of Columbia.

    **SO ORDERED.**


_____                  _____
Date                                                                   Paul L. Friedman
                                                                     United States District Judge

Copies to:

James R. Klimaski                                              Dr. Boisey Barnes
Klimaski & Associates, P.C.                        Boisey Barnes, P.C.
1625 Massachusetts Ave. NW                   413 G Street SW
Suite 500                                                            Washington, DC 20024
Washington, DC 20036-2245