UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIPIN H. DAVÉ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0727 (PLF) |
| ) | |
| BOISEY O. BARNES, M.D., P.C. and ) | |
| BOISEY O. BARNES, M.D., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has before it plaintiff's Motion for Entry of Default Judgment. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendants via hand delivery on April 29, 2008. An affidavit of said service has been filed with the Court. On May 27, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendants are in default for failure to plead or otherwise defend this action. Neither defendant is an infant or incompetent person. Plaintiff asserts that as of the February 2007 statement of account, the market value of the pension plan was $870,708.18 and the market value of the profit charing plan was $241,259.23. Plaintiff seeks an accounting of the money purchase pension and profit sharing plans, an accounting of his shares thereof, the release of his shares, and attorneys' fees and costs.

Upon consideration of the foregoing, it is hereby

ORDERED that defendants show cause in writing by July 28, 2008 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 11, 2008

cc:    Boisey O. Barnes, M.D.
       Boisey O. Barnes, M.D., P.C.
       413 G Street SW,
       Washington, D.C. 20024